

FILED
FEB 21 2024
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT _____

Mikayah Israel )
_____ )
_____ )
Name of plaintiff (s) )
)
v. )   Case No. 1:24-CV-77
Ram Partners llc )         (to be assigned by Clerk)
Jennifer McCoy )
_____ )
Name of defendant (s) )

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Defendants are in violation of 15 U.S.C 1692, et seq.

2. Plaintiff, Mikayah Israel resides at P.O. Box 4597 , Tennessee
   street address                                                                city

Hamilton , TN , 37405 , 678 524 4423 .
county        state    zip code    telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

1

3. Defendant, Ram Partners LLC lives at, or its business is located at 1100 circle 75 parkway se Suite 1200, Atlanta, _____, Georgia, 30339.
street address — city — county — state — zip code

(if more than one defendant, provide the same information for each defendant below)

Jennifer McCoy

PO Box 140450 Nashville TN 37214

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

The defendants conduct violated 15 U.S.C 1692e(2) in that defendants misrepresented the legal status of the Debt, including insisting that plantiff was legally obligated to pay a debt He did not incur. The defendants' conduct violated 15 U.S.C 1692e(10) in that Defendants employed false and deceptive means to collect a Debt. They Also violated 15 U.S.C 1692e(5) in that Defendants did take legal action, I asked for a Validation of Debt according to 15 USC 1692g and was retaliated against.

5. A demand for judgment for the relief you seek (list what you want the Court to do):

    a. Actual damages pursuant to 15 U.S.C 1692K(a)(1)

    b. Statutory damages of $1,000 pursuant to 15 U.S.C 1692K(a)(2)(A)

    c. Punitive damages

    d. _____

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this ___31st___ day of ___January___, 20_24_.

_____
Signature of plaintiff (s)

3